CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
MAR 0 4 2013
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| BRUCE WASHINGTON | ) | CASE NO. 5:12CV00100 |
| Plaintiff, | ) | |
| | ) | REPORT |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP, et al., | ) | By: B. WAUGH CRIGLER |
| | ) | U.S. MAGISTRATE JUDGE |
| Defendants. | ) | |

As a result of mediation proceedings held on March 4, 2013, the undersigned hereby

R E P O R T S

that the parties have settled this case upon mutually agreeable terms. Within 45 days of this date, the parties are to effectuate the settlement and submit an agreed order of dismissal to the Honorable Michael F. Urbanski, United States District Judge.

The Clerk of the Court hereby is directed to transmit a certified copy of this Report to all counsel of record.

ENTERED: /s/ B. Waugh Crigler
United States Magistrate Judge

March 4, 2013
Date